AKWASI BOAKYE OSEI, Appellant, v STANDARD CHARTERED BANK et al., Respondents.

Submitted February 6, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3).

AKWASI BOAKYE OSEI, Appellant, v STANDARD CHARTERED BANK et al., Respondents.

Submitted February 6, 2017; decided April 4, 2017

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from the April 2016 Supreme Court order, denied; motion, insofar as it seeks leave to appeal from the remaining portion of the Appellate Division order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PEARCE, Appellant, v STEWART ECKERT, Respondent.

Submitted January 30, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

Judge FAHEY taking no part.